```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                CASE NO. 07-20674-CIV-COHN/Snow
```

HEIDI C. AGOSTINHO,

     Plaintiff,

v.

CAPITAL ONE SERVICE, INC., et al,

     Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel Kelly Cullen's Motion for Limited Appearance (DE 65). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Kelly Cullen, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendant **Experian Information Solutions** in this cause; Veresa Jones Adams, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of August, 2007.

                                              LURANA S. SNOW
                                     UNITED STATES MAGISTRATE JUDGE

Copies to:

Joel Brown, Esq. (P)
Paul Herman, Esq. (P)
Louis Ursini, III, Esq. (D-Citigroup & Mitsubishi)
Veresa Adams, Esq. (D-Experian and Local Counsel for Cullen)
Kelly Cullen, Esq. (D-Experian)
Mark King, Esq. (D-Equifax)
Frank Cosemen, Jr., Esq. (D-Trans Union)

Ms. Catherine Wade (MIA)
   Executive Service Administrator